BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

Attorneys for the United States of America

**FILED**
JAN 10 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0005 GEB |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| VYACHESLAVA STASYUK, aka "Slava Stasyuk," | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael D. Anderson to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of this Court.

DATED: January 10, 2013

_____
ALLISON CLAIRE
United States Magistrate Judge

3