**FILED**
January 30, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13-cr-00005-GEB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| VYACHESLAVA STASYUK, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VYACHESLAVA STASYUK, Case No. 2:13-cr-00005-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  _X_   Bail Posted in the Sum of: $50,000.00.

      _X_   Co-Signed Unsecured Appearance Bond

      ___   Secured Appearance Bond

      _X_   (Other) Conditions as stated on the record.

      ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/30/2013 at 3:15 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge