UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VYACHESLAVA STASYUK,<br><br>　　　　Defendant. | No.  2:13-cr-00005-GEB-1<br><br>**ORDER** |

　　　　The United States and the Probation Department are requested to respond to Vyacheslava Stasyuk's motion, (ECF No. 65), in which he seeks a judicial recommendation that the Bureau of Prisons place him in a Residential Re-entry Center/halfway house 5 months preceding the end of his federal prison sentence. The United States is requested to file a response no later than March 1, 2017. Since the Probation Department is "an arm of the court" concerning the requested response, the Probation Department may email its response to chambers. United States v. Gonzales, 765 F.2d 1393, 1398 (9th Cir. 1985); see generally United States v. Johnson, 935 F.2d 47, 49-50 (4th Cir. 1991)

1

(indicating that a probation officer "is an agent of the court and assists the court in arriving at a just [decision]"); see 18 U.S.C. § 3603(10) (prescribing that notwithstanding other prescribed duties enumerated in § 3603 the Probation Department shall "perform any other duty that the court may designate").

      The Clerk of the Court shall include in her service of this Order the Probation Department; and Vyacheslava Stasyuk at the address listed in ECF No. 65: Vyacheslava Stasyuk, Register # 69719-097, USP Lompoc, 3705 West Farm Road, Lompoc, CA 93436.

Dated: February 17, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge