UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VYACHESLAVA STASYUK,<br><br>　　　　Defendant. | No.  2:13-cr-00005-GEB-1<br><br><br>**ORDER** |

On February 21, 2017, the United States and the Probation Department were requested to respond Defendant's motion in which he seeks a judicial recommendation that the Bureau of Prisons place him in a Residential Re-entry Center (RRC)/halfway house 5 months preceding the end of his federal prison sentence. (ECF No. 65.)  The Probation Department responded in an email dated February 24, 2017, stating in relevant part:

> According to the Bureau of Prisons (BOP), an Institutional Referral for RRC Placement was submitted to the Community Corrections Manager with a recommendation range for release into an RRC of 1-90 days prior to [Defendant's] release date.  This

1

recommendation is made by the Warden and is at their own discretion, typically based on the needs of the inmate. According to BOP, if an inmate has a residence and/or employment prior to releasing and is not in need of the resources (compared to someone who has done a ten year sentence with no residence/employment), their policy is to provide them less time in an RRC and reserve it for those who are in more of a need of the resources. It appears the BOP/Warden may have determined Mr. Stasyuk was not in need of the resources offered during a five month stay at the RRC, and in turn, recommended only 1-90 days. As such, Mr. Stasyuk is scheduled to release into the Fresno RRC on July 13, 2017.

On January 25, 2017, I completed a Pre-Release Investigation and made contact with Mr. Stasyuk's wife at the reported residence. The residence appeared to be appropriate for release and was approved. Although it does not appear Mr. Stasyuk currently has employment upon his release, he certainly has a stable residence and family support. As such, it appears his needs would be met during the recommended range at the RRC and I concur with the recommendation of the BOP.

The judge declines to issue the requested judicial recommendation. Therefore, the motion is DENIED.

Dated: March 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge